UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, | NO: 4:14-CV-5081-TOR |
|---|---|
| Plaintiff, | ORDER CONSOLIDATING CASE |
| v. | |
| BLUE MOUNTAIN FARMS, BLUE MOUNTAIN FARMS PACKING, GREAT COLUMBIA BERRY FARM, APPLEGATE ORCHARDS, RYAN BROCK, SHIRLEY LOTT, and BRANDON LOTT, | |
| Defendants. | |

The Court recently granted a motion consolidating this matter with a case pending before the Honorable Rosanna Malouf Peterson, 2:13-CV-5081-RMP, ECF No. 52. This Order is entered to add parties to the consolidated cause number and to consolidate this case with 2:13-CV-5081-RMP.

ORDER CONSOLIDATING CASE ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. All future filings in this matter shall be filed in the consolidated case, *Thomas E. Perez v. Blue Mountain Farms, LLC, et al.*, 2:13-CV-5081-RMP.

2. The Clerk's Office is directed to:

    a. Add Defendants Great Columbia Berry Farm, Applegate Orchards, and Brandon Lott to **2:13-CV-05081-RMP**; and

    b. **Consolidate** this case with **2:13-CV-05081-RMP**.

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Order and to provide copies to counsel and to Judge Thomas O. Rice.

**DATED** this 21st day of October 2014.

*s/ Rosanna Malouf Peterson*<br>
ROSANNA MALOUF PETERSON<br>
Chief United States District Court Judge

ORDER CONSOLIDATING CASE ~ 2